IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-94-228-CV




CLARENCE E. BEEZLEY; ERNEST E. SOWELL; FRANCES SOWELL


CULLEY; ELIZABETH SOWELL ROUNTREE; JOHN C. SOWELL;


MARGARET VIRGINIA CULLEY; MILTON H. CULLEY, JR.;


ERNEST C. CULLEY; GAIL EVANS GARY; EMMA E. EVANS; 

T. Z. EVANS; A. W. FINGER AKA WILLIS FINGER; JAMES WESTON 

FINGER; LOU ANN POEHL; PAULINE BEEZLEY; DORIS BEEZLEY 

SMELSER; JACK R. BEEZLEY; SIDNEY R. EVANS; LOVEY FRANCIS

McKINNEY; SIDNEY R. EVANS, JR.; EDWARD RAY FINGER;

MAUDE EVANS, INDEPENDENT EXECUTRIX OF THE ESTATE OF TRAVIS

C. EVANS, DECEASED; ROGER E. SOWELL; DENNIS D. SOWELL; 

SUSAN E. SOWELL; CARSON MATTOX COOPER, JR.; PATRICIA 

ANN COOPER; DAVID EVANS COOPER; AND LARRY LESCHBER,


 APPELLANTS


vs.




SEMINOLE PIPELINE COMPANY,



 APPELLEE



 



FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT


NO. 92-274-C277, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING


 




PER CURIAM

 Appellants have filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Dismissed on Appellants' Motion

Filed: June 8, 1994

Do Not Publish